UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| KATEKA A. GARDNER, | ) | CASE NO. 18-17510 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON. CAROL A. DOYLE |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Wednesday, November 13, 2019, at 10:00 AM**., I shall appear before the Honorable Carol A. Doyle, Bankruptcy Judge in Courtroom 742, at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois or before any other Bankruptcy Judge who may be sitting in her place, and shall request a hearing on a **Motion To Object To The Debtor's Discharge And For Other Relief**, a copy of which is attached hereto and is herewith served upon you.

*/s/ David Paul Holtkamp*
David Paul Holtkamp, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5014

**CERTIFICATE OF SERVICE**

I, David Paul Holtkamp, an attorney, state that on November 5, 2019, pursuant to Local Rule 9013-1(D) the **Notice of Motion** and **Motion To Object To The Debtor's Discharge And For Other Relief** were filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as indicated on the service list below.

*/s/ David Paul Holtkamp*

1

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants**

Barbara E. Richardson  brichardson@legalaidchicago.org
Gus A. Paloian  gpaloian@seyfarth.com

**Parties Served via First Class Mail:**

Kateka A. Gardner
13205 South Carondolet Avenue
Chicago, IL 60633

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| KATEKA A. GARDNER, | ) | CASE NO. 18-17510 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON. CAROL A. DOYLE |

**MOTION TO OBJECT TO THE DEBTOR'S DISCHARGE
AND FOR OTHER RELIEF**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by and through his attorney, David Paul Holtkamp, hereby objects to the discharge of Kateka A. Gardner ("Debtor") pursuant to § 727(a)(8) of the Bankruptcy Code. In support of his Motion, the U.S. Trustee states to the Court as follows:

**JURISDICTION**

1.  The Court has jurisdiction to hear and determine this motion pursuant to 11 U.S.C § 157(b)(2)(J) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2.  Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee makes this request pursuant to the authority granted to him under 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004.

**BACKGROUND**

3.  On June 20, 2018 ("Petition Date"), the Debtor, represented by Barbara E. Richardson, commenced this case by filing a petition for relief under Chapter 13 of the Bankruptcy Code ("Petition").

1

4.  The Petition discloses that on June 15, 2017, the Debtor filed bankruptcy case number 17-18182, on August 7, 2015, the Debtor filed bankruptcy case 15-27145, and on August 4, 2011, the Debtor filed bankruptcy case 11-32012 (the "2011 Case").

5.  On October 25, 2019, the current case was converted to one under Chapter 7 of the Bankruptcy Code [Dkt. No. 59].

6.  The 2011 Case was filed on August 4, 2011, less than eight years before the Petition Date.

7.  On November 8, 2011, the Debtor received a discharge in the 2011 Case. *See Exhibit A*.

## ARGUMENT

8.  Section 727(a)(8), as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, is explicit in its directive to the Court to grant the debtor a discharge "**unless**…the debtor has been granted a discharge under this section…in a case commenced within eight years before the date of the filing of the petition." 11 U.S.C. § 727(a)(8) (emphasis added).

9.  The proper measurement of the eight-year time period of § 727(a)(8) is from the filing date of the petition in the prior case to the filing date of the petition in the current case. *In re Leduc*, No. BR 10-01641, 2011 WL 3204599, at *1 (Bankr. N.D. Iowa July 27, 2011).

10. Because the Debtor received a discharge in the 2011 Case, commenced on August 4, 2011, which is within 8 years before the Petition Date, the Debtor is ineligible to receive a Chapter 7 discharge in this case by operation of 11 U.S.C. § 727(a)(8).

**WHEREFORE**, the U.S. Trustee respectfully requests that the Court deny the Debtor's discharge in the above-captioned case pursuant to § 727(a)(8) and for such other relief as is just.

                                        RESPECTFULLY SUBMITTED:
                                        PATRICK S. LAYNG
                                        UNITED STATES TRUSTEE

DATED: November 5, 2019          By: */s/ David Paul Holtkamp*
                                                David Paul Holtkamp, Attorney
                                                OFFICE OF THE U.S. TRUSTEE
                                                219 S. Dearborn, Room 873
                                                Chicago, Illinois  60604
                                                (312) 353-5014